UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 31  AM 10: 03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. '07 MJ 3007 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Jose NATIVIDAD-Solano, | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **December 30, 2007** within the Southern District of California, defendant, **Jose NATIVIDAD-Solano,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **31st** DAY OF **DECEMBER 2007.**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose NATIVIDAD-Solano**

## PROBABLE CAUSE STATEMENT

On December 30, 2007, Border Patrol Agent E. Esparza was assigned to Border Patrol Operations in Tecate California. This area is approximately one quarter mile west and one quarter mile north of the Tecate, California Port of Entry. At approximately 5:00 a.m., Agent Esparza responded to a seismic detection device that was activated in this area. Upon arrival to the location, Agent Esparza noticed one individual attempting to conceal himself behind a large metal shipping container. Agent Esparza approached the individual and identified himself as a U.S. Border Patrol Agent in both the English and Spanish languages. Agent Esparza then proceeded to conduct an immigration field interview to ascertain his citizenship and immigration status. The individual freely admitted to being a citizen and national of Mexico illegally present in the United States. Approximately 5:15 a.m., the subject, later identified as the defendant **Jose NATIVIDAD-Solano**, was arrested and transported to the Brown Field Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 24, 2006** through **El Paso, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico. The defendant further admitted that he had been previously deported from the United States. The defendant also stated that he has never applied or requested permission to re-enter the United States legally